UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JAMES COMPTON                                                  CIVIL ACTION

VERSUS                                                         NO. 17-2258

MONCLA COMPANIES, LLC                                          SECTION M (4)

## JURY VERDICT FORM

1. Do you find by a preponderance of the evidence that Moncla Marine Operations, L.L.C. was negligent under the Jones Act AND that such negligence caused, in whole or in part, James Compton's injuries?

    YES: ✓                NO: _____

    **Proceed to question 2.**

2. Do you find by a preponderance of the evidence that the vessel, *Rig #103 The Gator*, was unseaworthy AND that such unseaworthiness was a proximate cause of James Compton's injuries?

    YES: ✓                NO: _____

    **If you answered "YES" to question 1 OR 2, proceed to question 3.**

    **If you answered "NO" to questions 1 AND 2, sign and date the form and return to the courtroom.**

3. Do you find by a preponderance of the evidence that James Compton was contributorily negligent AND that such contributory negligence caused, in whole or in part, his injuries?

    YES: ✓                NO: _____

    **If you answered "YES" to question 3, proceed to question 4.**

    **If you answered "NO" to question 3, proceed to question 5.**

4. What percentage of fault (that is, negligence, unseaworthiness, or contributory negligence) do you attribute to each party for causing or contributing to plaintiff's injuries?

   Moncla Marine Operations, L.L.C. (negligence) and/or *Rig #103 The Gator* (unseaworthiness)     89 %

   James Compton (contributory negligence)     11 %

   (Assign fault only to those parties for whom you answered "YES" in questions 1, 2, or 3 above. The sum of the percentages must equal 100%.)

   **Proceed to question 5.**

5. If you find that James Compton sustained any damages as a result of the accident, without making any reduction for any percentages of fault assigned in question 4, what amount of money would fairly and reasonably compensate James Compton for his injuries resulting from the accident?

   General damages, including past, present, and future pain and suffering, mental anguish, and loss of enjoyment of life     $ 3,000,000

   Past lost wages     $ 150,000

   Future loss of earning capacity/fringe benefits     $ 196,650

   Future medical expenses     $ 450,000

   **Sign and date the form and return to the courtroom.**

   New Orleans, Louisiana, this ___6___ day of September, 2022.

   _____
   **JURY FOREPERSON**

2