UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JAMES COMPTON | CIVIL ACTION |
| VERSUS | NO. 17-2258 |
| MONCLA COMPANIES, LLC | SECTION: M (4) |

## ORDER

Considering the parties' joint motion for final dismissal with prejudice (R. Doc. 146),

IT IS ORDERED that the motion is GRANTED.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that this matter is DISMISSED WITH PREJUDICE, each party to bear its own costs.

New Orleans, Louisiana, this 10th day of November, 2020.

_____
BARRY W. ASHE
UNITED STATES DISTRICT JUDGE